**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**EASTERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| 1. | Debtor's name | **Catapult Painting, LLC** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |

3. Debtor's federal Employer Identification Number (EIN)

_4_ _6_ – _3_ _3_ _0_ _1_ _3_ _3_ _2_

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4105 W. Spring Creek Parkway**<br>Number   Street | <br>Number   Street |
| **Suite 604** | <br>P.O. Box |
| **Plano**   **TX**   **75024**<br>City   State   ZIP Code | <br>City   State   ZIP Code |
| **Collin**<br>County | **Location of principal assets, if different from principal place of business** |
| | <br>Number   Street |
| | <br>City   State   ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Catapult Painting, LLC**                                                Case number (if known) _____

| | |
|---|---|
| **7.  Describe debtor's business** | *A.  Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

*B.  Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☒ Chapter 7
☐ Chapter 9
☐ Chapter 11.    *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor **Catapult Painting, LLC** _____   Case number (if known) _____

| | | |
|---|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br><br>☐ Yes. District _____ When _____ Case number _____<br>                                       MM / DD / YYYY<br>       District _____ When _____ Case number _____<br>                                       MM / DD / YYYY<br>       District _____ When _____ Case number _____<br>                                       MM / DD / YYYY |
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br><br>☐ Yes. Debtor _____ Relationship _____<br>       District _____ When _____<br>                                       MM / DD / YYYY<br>       Case number, if known _____<br><br>       Debtor _____ Relationship _____<br>       District _____ When _____<br>                                       MM / DD / YYYY<br>       Case number, if known _____ |
| **11.** | **Why is the case filed in _this district_?** | _Check all that apply:_<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

Debtor **Catapult Painting, LLC** _____     Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number     Street

_____

_____
City                          State     ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☑ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  **Catapult Painting, LLC**                                    Case number (if known) _____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■  The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■  I have been authorized to file this petition on behalf of the debtor.

■  I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **06/15/2023**
              MM / DD / YYYY

X  **/s/ Mitchell Zivin**
   Signature of authorized representative of debtor
   **Mitchell Zivin**
   Printed name
   **President**
   Title

**18. Signature of attorney**

X  **/s/ Richard Pelley**                              Date  **06/15/2023**
   Signature of attorney for debtor                          MM / DD / YYYY

   **Richard Pelley**
   Printed name
   **Pelley Law Offices**
   Firm name
   **905 North Travis Street**
   Number        Street

   **Sherman**                              **TX**        **75090**
   City                                      State        ZIP Code

   **(903) 813-4778**                        **rap@pelleylaw.com**
   Contact phone                             Email address
   **15732500**                              **TX**
   Bar number                                State

**Fill in this information to identify the case**

Debtor name     **Catapult Painting, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1.   **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of
debtor's interest

2.   **Cash on hand**

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Checking account with Bank of America (2588)** | **Checking account** | __ __ __ __ | $149.00 |

4.   **Other cash equivalents**    *(Identify all)*

Name of institution (bank or brokerage firm)

5.   **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$149.00

### Part 2:   Deposits and prepayments

6.   **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

Debtor  **Catapult Painting, LLC**
_____   Case number (if known) _____
Name

| | Current value of debtor's interest |
|---|---|

**7.  Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.  Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.

$0.00

---

**Part 3:   Accounts receivable**

**10.  Does the debtor have any accounts receivable?**

☒ No.  Go to Part 4.
☐ Yes.  Fill in the information below.

Current value of debtor's interest

**11.  Accounts receivable**

11a.  90 days old or less:  _____  –  _____  = ............ ➔  _____
face amount          doubtful or uncollectible accounts

11b.  Over 90 days old:  _____  –  _____  = ............ ➔  _____
face amount          doubtful or uncollectible accounts

**12.  Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$0.00

---

**Part 4:   Investments**

**13.  Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.  Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                    % of ownership:

**16.  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17.  Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.

$0.00

---

**Part 5:   Inventory, excluding agriculture assets**

**18.  Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes.  Fill in the information below.

Debtor    **Catapult Painting, LLC**_____    Case number (if known) _____
Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____    Valuation method _____    Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **28. Crops--either planted or harvested** | | | | |
| **29. Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | | |

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor    **Catapult Painting, LLC**_____    Case number (if known) _____
        Name

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39.  **Office furniture**

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

42.  **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.    | **$0.00** |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

## Part 8:   Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.  **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.    | **$0.00** |

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

Debtor    __Catapult Painting, LLC_____    Case number (if known) _____
           Name

## Part 9:   Real property

54.  **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

56.  **Total of Part 9.**
     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.    **$0.00**

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 10:   Intangibles and Intellectual Property

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60.  **Patents, copyrights, trademarks, and trade secrets**

61.  **Internet domain names and websites**

62.  **Licenses, franchises, and royalties**

63.  **Customer lists, mailing lists, or other compilations**

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

66.  **Total of Part 10.**
     Add lines 60 through 65.  Copy the total to line 89.    **$0.00**

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☐ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor    **Catapult Painting, LLC**                                    Case number (if known) _____
          Name

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ☑ Yes.  Fill in the information below.

                                                                                    **Current value of
                                                                                    debtor's interest**

71. **Notes receivable**

    Description (include name of obligor)

    **World Wide Asset Recovery, LLC owes
    promissory notes of $1,200.00 each to
    CATAPULT on condition that the money is
    actually collected against the following:**

    **Juan Jaramillo
    Jennifer Nava
    Kiki Nava
    Uzedrick Killings
    Octavio Lopez
    Joel Magana
    Ivan Magana
    Adrian Mancera**                          **$9,800.00**  –       **$0.00**  = ➔       **$9,800.00**
                                          Total face amount   doubtful or uncollectible amount

    **Overpayment of $68,000.00 to J Kiki Nava**  **$68,000.00**  –   **$0.00**  = ➔   **$68,000.00**
                                          Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature,
    including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                    | **$77,800.00** |
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor   **Catapult Painting, LLC**                                    Case number (if known) _____
        Name

### Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$149.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9*............................................ ➔ | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$77,800.00** | |
| 91. **Total.** Add lines 80 through 90 for each column.   91a. | **$77,949.00** | 91b. **$0.00** |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92.................................................... **$77,949.00**

**Fill in this information to identify the case:**

Debtor name **Catapult Painting, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1**

**Creditor's name**
_____

**Creditor's mailing address**
_____
_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**

☐ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

_____ **$0.00**

**Fill in this information to identify the case:**

Debtor  **Catapult Painting, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No.  Go to Part 2.
   ☐ Yes.  Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| **2.1** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( _____ )

Debtor   **Catapult Painting, LLC** _____   Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$0.00** |

**Adrian Mancera**

**21706 Wildcroft**

_Check all that apply._
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Katy**        **TX**    **77449**   **Business Debt**

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __    ☑ No
☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$7,371.00** |

**Alma Lopez**

**6111 Glenmont Dr**

**Apt. 70**

_Check all that apply._
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**      **TX**    **77081**   **Unsecured Debt**

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __    ☑ No
☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$0.00** |

**Amilcar Alonzo**

**5402 Renwick Dr., #837**

_Check all that apply._
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**      **TX**    **77081**   **Business Debt**

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __    ☑ No
☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,884.00** |

**Anabel Campos**

**3131 Hayes Road**

**Apt. 1405**

_Check all that apply._
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**      **TX**    **77082**   **Unsecured Debt**

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __    ☑ No
☐ Yes

Debtor __**Catapult Painting, LLC**_____      Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.5 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$22,000.00**

__**Bank Of America**_____

__**PO Box 17237**_____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__**Wilmington**_____ **DE**____ **19886-7237**__   __**Business Debt**_____

**Date or dates debt was incurred**   ___**2020**___   **Is the claim subject to offset?**

**Last 4 digits of account number**   _**3**_ _**1**_ _**8**_ _**1**_   ☑ No
                                                                        ☐ Yes

| 3.6 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$3,502.00**

__**Byron Sanic**_____

__**16202 Diana Ln.**_____

__**Apt. 315**_____

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

__**Houston**_____ **TX**____ **77062**____   __**Unsecured Debt**_____

**Date or dates debt was incurred**   _____   **Is the claim subject to offset?**

**Last 4 digits of account number**   __ __ __ __   ☑ No
                                                                        ☐ Yes

| 3.7 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$0.00**

__**Christopher J. Willett**_____

__**510 S. Congress Ave., Ste. 206**_____

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

__**Austin**_____ **TX**____ **78704**____   __**Notice Only**_____

**Date or dates debt was incurred**   _____   **Is the claim subject to offset?**

**Last 4 digits of account number**   __ __ __ __   ☑ No
                                                                        ☐ Yes

| 3.8 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$1,011.00**

__**Cincinnati Insurance Companies**_____

__**PO Box 14529**_____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__**Cincinnati**_____ **OH**____ **45250-0529**__   __**Business Debt**_____

**Date or dates debt was incurred**   _____   **Is the claim subject to offset?**

**Last 4 digits of account number**   _**7**_ _**8**_ _**8**_ _**1**_   ☑ No
                                                                        ☐ Yes

| Debtor | **Catapult Painting, LLC** | Case number (if known) | |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

_Check all that apply._

**Enry Bonilla**

**6425 S. Gessner Rd.**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:

| **Houston** | **TX** | **77036** | **Business Debt** |

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

| **3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$45,698.10** |

_Check all that apply._

**Equipment Share**

**PO Box 2214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| **Decatur** | **AL** | **35609-2214** | **Business Debt** |

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

| **3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

_Check all that apply._

**Felimon Matias**

**5366 South Cross Ranch, Lot 73**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:

| **San Antonio** | **TX** | **78222** | **Business Debt** |

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

| **3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

_Check all that apply._

**Fermin Mora**

**4522 Merida Ave.**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:

| **Fort Worth** | **TX** | **76115** | **Business Debt** |

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

| Debtor | **Catapult Painting, LLC** | Case number (if known) | _____ |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| **3.13** | Nonpriority creditor's name and mailing address |
|---|---|

**General Wallcovering Inc.**

**26 Leatherwood Drive**

Collegeville            PA      19426

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$45,302.96**

---

| **3.14** | Nonpriority creditor's name and mailing address |
|---|---|

**Gillermo Villarreal**

**3322 Big Bend Dr.**

Austin            TX      78731

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| **3.15** | Nonpriority creditor's name and mailing address |
|---|---|

**Hernan Castro**

**8100 Maplecrest, Apt. 3103**

Houston            TX      77072

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| **3.16** | Nonpriority creditor's name and mailing address |
|---|---|

**Isabel Pena**

**4826 Aildine Mail Rt.**

**Apt. 82**

Houston            TX      77039

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$6,984.26**

---

| Debtor | **Catapult Painting, LLC** | Case number (if known) |
|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.17** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Isodoro Pena**

**c/o Christopher J. Willett**

**510 S. Congress Ave., Ste. 206**

**Austin**                          **TX**      **78704**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

| **3.18** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Ivan Magana**

**7003 Bissonet, #803**

**Houston**                        **TX**      **77035**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

| **3.19** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Jerson Mejia Serrano**

**6911 Romona Tr., #41**

**Houston**                        **TX**      **77086**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

| **3.20** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Joel Tovar Sagrero**

**671 Road 3554**

**Cleveland**                      **TX**      **77327**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

Debtor   **Catapult Painting, LLC**                                          Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.21** | **Nonpriority creditor's name and mailing address**

**Juan Augustine Ortega**

**17050 Imperial Valley Dr., Apt. 35**

_____

**Houston                          TX      77060**

Date or dates debt was incurred      _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.22** | **Nonpriority creditor's name and mailing address**

**Julio Oliva**

**11302 Herald Square Dr.**

_____

**Houston                          TX      77035**

Date or dates debt was incurred      _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.23** | **Nonpriority creditor's name and mailing address**

**Luna Painting**

**1426 Markley St**

**UNKNOWN**

**mauriciobanes264@gmail.com**

Date or dates debt was incurred      _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☒ No
☐ Yes

**$9,350.00**

---

**3.24** | **Nonpriority creditor's name and mailing address**

**Momentum Textile & Wallcoverings**

**aka Momentum Group**

**PO Box 848237**

**Los Angeles, CA 90084**

Date or dates debt was incurred      _____

Last 4 digits of account number      **1   9   6   5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☒ No
☐ Yes

**$2,309.58**

Debtor __**Catapult Painting, LLC**_____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,036.10** |

**Montierra**

**2345 Sage Road**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Business Debt**

**Houston**                **TX**    **77056**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ **2** **4** **2**

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Omar Perez**

**5365 South Cross Ranch, Lot 73**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Business Debt**

**San Antonio**            **TX**    **78222**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Percy Macias**

**c/o Christopher J. Willett**

**510 S. Congress Ave., Ste. 206**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Business Debt**

**Austin**                 **TX**    **78704**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number **4** **8** **5** **6**

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Raul Oliva**

**8100 Maple Crest, #3105**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Business Debt**

**Houston**                **TX**    **77072**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Debtor   **Catapult Painting, LLC** _____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.29**   **Nonpriority creditor's name and mailing address**

**Roger Guevara**

**2718 Meiko Dr.**

_____

**Houston**                    **TX**      **77045**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.30**   **Nonpriority creditor's name and mailing address**

**Rosa Delia Guttierrez Oliva**

**12041 Dessau Rd**

**Apt. 2611**

_____

**Austin**                    **TX**      **78754**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$4,561.50**

---

**3.31**   **Nonpriority creditor's name and mailing address**

**Sambecca Management Group, LLC**

**4105 W. Spring Creek Pkwy., Ste. 604**

_____

**Plano**                    **TX**      **75024**

Date or dates debt was incurred   **2018**

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$74,000.00**

---

**3.32**   **Nonpriority creditor's name and mailing address**

**Sambecca Management Group, LLC**

**4105 W Spring Creek Pkwy Ste. # 604**

**Plano, TX 75024**

**972-596-4118**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$329,656.92**

**Contact Person: Mitchell W. Zivin**

Debtor    **Catapult Painting, LLC**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.33 | **Nonpriority creditor's name and mailing address** |
|---|---|

**SBA EIDL Loan - Service Center**

**1545 Hawkins Blvd. Ste. # 202**

**El Paso                          TX        79925-2652**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**    4    3    6    8

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$150,000.00**

---

| 3.34 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Suab Vanessa Alvarado**

**7101 Bellerive**

**Houston                        TX        77036**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
**Business Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| 3.35 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Texas Mutual Insurance Company**

**2200 Aldrich St.**

**Austin                          TX        78723-1098**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
**Business Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$12,051.97**

---

| 3.36 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Uzedrick Killings**

**14407 White Heather Dr.**

**Houston                        TX        77045**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
**Business Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

Debtor   **Catapult Painting, LLC**                      Case number (if known) _____

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.37** | **Nonpriority creditor's name and mailing address** |

**Veronica Hernandez**

**906 Boundary St.**

_____

**Houston**                    **TX**      **77099**

Date or dates debt was incurred       _____

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
☒ No
☐ Yes

$4,369.50

---

| **3.38** | **Nonpriority creditor's name and mailing address** |

**Walter Sparks DBA Sparks Painting & Wall**

**808 Fall Drive**

_____

**Allen**                    **TX**      **75002**

Date or dates debt was incurred       _____

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☒ No
☐ Yes

$3,600.00

---

| **3.39** | **Nonpriority creditor's name and mailing address** |

**Yeni Carranza**

**6101 Rampart**

_____

**Houston**                    **TX**      **77081**

Date or dates debt was incurred       _____

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
☒ No
☐ Yes

$7,995.00

---

| **3.40** | **Nonpriority creditor's name and mailing address** |

**Zivin Family Irrevocable Trust**

**4105 W. Spring Creek Pkwy.**

**Suite 604**

_____

**Plano**                    **TX**      **75024**

Date or dates debt was incurred       _____

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
☒ No
☐ Yes

$174,691.00

Debtor    **Catapult Painting, LLC**                          Case number (if known) _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.**  Examples of entities that may be
    listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages
    are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.1    **Christopher J. Willett**

**314 E. Highland Ave., Ste. 401**

**Austin                    TX      78752**

Line _____

☑ Not listed.  Explain:
   **Notice Only**

Last 4 digits: __ __ __ __

Debtor    __Catapult Painting, LLC_____    Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$912,374.89** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$912,374.89** |

**Fill in this information to identify the case:**

Debtor name __**Catapult Painting, LLC**__

United States Bankruptcy Court for the: __**EASTERN DISTRICT OF TEXAS**__

Case number
(if known) _____    Chapter ___**7**___

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries
consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

☑ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☐ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property*
(Official Form 206A/B).

2.   **List all contracts and unexpired leases**

**State the name and mailing address for all other
parties with whom the debtor has an executory
contract or unexpired lease**

**Fill in this information to identify the case:**

Debtor name **Catapult Painting, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries
consecutively.  Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

☑ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

☐ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
schedules of creditors, Schedules D-G.**  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is
owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor
separately in Column 2.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

Debtor Name **Catapult Painting, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
| --- | --- |

**1.** **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from Schedule A/B............................................................................................... | **$0.00** |

1b. **Total personal property:**
Copy line 91A from Schedule A/B.............................................................................................. | **$77,949.00** |

1c. **Total of all property**
Copy line 92 from Schedule A/B................................................................................................. | **$77,949.00** |

| Part 2: | Summary of Liabilities |
| --- | --- |

**2.** **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................................... | **$0.00** |

**3.** **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of Schedule E/F............................................................................. | **$0.00** |

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................................. | **+ $912,374.89** |

**4.** **Total liabilities**
Lines 2 + 3a + 3b........................................................................................................................... | **$912,374.89** |

<table>
<tr><td>

**Fill in this information to identify the case and this filing:**

Debtor Name   **Catapult Painting, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

</td></tr>
</table>

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/15/2023**          X **/s/ Mitchell Zivin**
     MM / DD / YYYY          Signature of individual signing on behalf of debtor

     **Mitchell Zivin**
     Printed name
     **President**
     Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Catapult Painting, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 207

### Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

### Part 1:    Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue Check all that apply. | Gross revenue (before deductions and exclusions |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2023** to MM / DD / YYYY | Filing date | ☐ Operating a business ☐ Other _____ | $0.00 |
| For prior year: | From **01/01/2022** to MM / DD / YYYY | **12/31/2022** MM / DD / YYYY | ☐ Operating a business ☐ Other _____ | $0.00 |
| For the year before that: | From **01/01/2021** to MM / DD / YYYY | **12/31/2021** MM / DD / YYYY | ☐ Operating a business ☐ Other _____ | $0.00 |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

---

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

---

Debtor   **Catapult Painting, LLC**                                     Case number (if known) _____
_____
Name

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575.  (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☑ None

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

## Part 3:    Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Percy Macias, et al vs. Catapult Painting, et al** | **Civil** | **Southern District of Texas, Houston D** _____ | ☑ Pending |
| | | Name | ☐ On appeal |
| | | _____ | ☐ Concluded |
| | | Street | |
| **Case number** | | _____ | |
| **19-CV-04856** _____ | | _____ | |
| | | City        State   ZIP Code | |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| **Robert Watson, Jr.** | _____ | _____ |
| Custodian's name | **Case title** | **Court name and address** |
| **470 Norristown Road, Ste. 302** | **General Wallcovering, Inc. vs. Catapult** | **Common Pleas of Mongomery Co., PA** |
| Street | | Name |
| | **Case number** | _____ |
| **Blue Bell**        **PA** | **Mont. CCP 2020-16399** | Street |
| City        State   ZIP Code | **Date of order or assignment** | _____ |
| | **2020** | City        State   ZIP Code |

| Debtor | **Catapult Painting, LLC** | Case number (if known) | |
| | Name | | |

| Custodian's name and address | Description of the property | Value |
| **Texas Mutual Insurance Co. \ Bryan J** | | |
| Custodian's name | **Case title** | **Court name and address** |
| **2200 Aldrich St.** | **Texas Mutual Ins. vs. Catapult** | **District Court of Travis County, Texas** |
| Street | | Name |
| | **Case number** | Street |
| **Austin**          **Tx    78723** | **D-1-GN-21-003496** | |
| City           State   ZIP Code | | |
| | **Date of order or assignment** | City                State   ZIP Code |
| | **2021** | |

---

## Part 4:    Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

---

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

---

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Pelley Law Offices** | | **06/07/2023** | **$2,500.00** |
| | **Address** | | | |
| | **905 North Travis Street** | | | |
| | Street | | | |
| | **Sherman**        **TX    75090** | | | |
| | City            State   ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

Debtor    __Catapult Painting, LLC__             Case number (if known) _____
        Name

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**
List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

### Part 7: Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

### Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

### Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained _____

       Does the debtor have a privacy policy about that information?
       ☐ No.
       ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
       ☐ No. Go to Part 10.
       ☐ Yes. Fill in below:

Debtor    __Catapult Painting, LLC_____    Case number (if known) _____
          Name

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20.  Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

■  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

| Debtor | **Catapult Painting, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

## Part 13:   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

**26. Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service | |
|---|---|---|---|
| 26a.1. | **Kirk Jockel, CPA** | From **2020** | To **2023** |
| | Name | | |
| | **8330 Meadow Road #210** | | |
| | Street | | |
| | | | |
| | **Dallas** **TX** **75231** | | |
| | City   State   ZIP Code | | |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Debtor   **Catapult Painting, LLC**                                    Case number (if known) _____
         Name

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.

☐ Yes. Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Mitchell Zivin | | Sole Shareholder, President | 100% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

**Part 14:    Signature and Declaration**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/15/2023**
         MM / DD / YYYY


**X /s/ Mitchell Zivin**                                    Printed name  **Mitchell Zivin**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

B2030 (Form 2030) (12/15)

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

In re  **Catapult Painting, LLC**

Case No. _____

Chapter   **7**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept................................................................ | **$2,500.00** |
| Prior to the filing of this statement I have received......................................................... | **$2,500.00** |
| Balance Due............................................................................................................... | **$0.00** |

2. The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| _____06/15/2023_____ | __/s/ Richard Pelley_____ |
| *Date* | *Richard Pelley*             Bar No.  15732500 |
| | Pelley Law Offices |
| | 905 North Travis Street |
| | Sherman, TX 75090 |
| | Phone: (903) 813-4778 / Fax: (903) 813-0586 |

---

**/s/ Mitchell Zivin**
_____

*Mitchell Zivin*
*President*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:   **Catapult Painting, LLC**                                                  CASE NO

                                                                                        CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  6/15/2023                                     Signature   **/s/ Mitchell Zivin**
                                                                **Mitchell Zivin**
                                                                **President**

Date _____    Signature _____

Adrian Mancera
21706 Wildcroft
Katy, TX 77449


Alma Lopez
6111 Glenmont Dr
Apt. 70
Houston, Texas 77081


Amilcar Alonzo
5402 Renwick Dr., #837
Houston, TX 77081


Anabel Campos
3131 Hayes Road
Apt. 1405
Houston, Texas 77082


Attorney General of Texas
Collection Div. - Bankruptcy
Box 12548, Capitol Station
Austin, TX 78711-2548


Bank Of America
PO Box 17237
Wilmington, DE 19886-7237


Byron Sanic
16202 Diana Ln.
Apt. 315
Houston, Texas 77062


Christopher J. Willett
314 E. Highland Ave., Ste. 401
Austin, TX 78752


Christopher J. Willett
510 S. Congress Ave., Ste. 206
Austin, TX 78704

Cincinnati Insurance Companies
PO Box 14529
Cincinnati, OH 45250-0529

Enry Bonilla
6425 S. Gessner Rd.
Houston, TX 77036

Equipment Share
PO Box 2214
Decatur, AL 35609-2214

Felimon Matias
5366 South Cross Ranch, Lot 73
San Antonio, TX 78222

Fermin Mora
4522 Merida Ave.
Fort Worth, TX 76115

FmHA
101 S. Main St., Suite 102
Temple, TX 76501-7651

General Wallcovering Inc.
26 Leatherwood Drive
Collegeville, PA 19426

Gillermo Villarreal
3322 Big Bend Dr.
Austin, TX 78731

Hernan Castro
8100 Maplecrest, Apt. 3103
Houston, TX 77072

```
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346



Isabel Pena
4826 Aildine Mail Rt.
Apt. 82
Houston, Texas 77039


Isodoro Pena
c/o Christopher J. Willett
510 S. Congress Ave., Ste. 206
Austin, TX 78704


Ivan Magana
7003 Bissonet, #803
Houston, TX 77035



Jerson Mejia Serrano
6911 Romona Tr., #41
Houston, TX 77086



Joel Tovar Sagrero
671 Road 3554
Cleveland, TX 77327



Juan Augustine Ortega
17050 Imperial Valley Dr., Apt. 35
Houston, TX 77060



Julio Oliva
11302 Herald Square Dr.
Houston, TX 77035



Luna Painting
1426 Markley St
UNKNOWN
mauriciobanes264@gmail.com
```

Momentum Textile & Wallcoverings
aka Momentum Group
PO Box 848237
Los Angeles, CA 90084
800-803-5495

Montierra
2345 Sage Road
Houston, Tx 77056

Office of Attorney General
Child Support Division
1600 Pacific, #700
Dallas, TX 75201-3627

Omar Perez
5365 South Cross Ranch, Lot 73
San Antonio, TX 78222

Percy Macias
c/o Christopher J. Willett
510 S. Congress Ave., Ste. 206
Austin, TX 78704

Raul Oliva
8100 Maple Crest, #3105
Houston, TX 77072

Roger Guevara
2718 Meiko Dr.
Houston, TX 77045

Rosa Delia Guttierrez Oliva
12041 Dessau Rd
Apt. 2611
Austin, Texas 78754

Sambecca Management Group, LLC
4105 W. Spring Creek Pkwy., Ste. 604
Plano, TX 75024

```
Sambecca Management Group, LLC
4105 W Spring Creek Pkwy Ste. # 604
Plano, TX 75024
972-596-4118


SBA EIDL Loan - Service Center
1545 Hawkins Blvd. Ste. # 202
El Paso, TX 79925-2652



State Comptroller
Capitol Station
Austin, TX 78711



Suab Vanessa Alvarado
7101 Bellerive
Houston, TX 77036



Texas Employment Commission
T.E.C. Bldg., Tax Dept.
Austin, TX 78778-0001



Texas Mutual Insurance Company
2200 Aldrich St.
Austin, TX 78723-1098



U.S. Attorney
700 Nations Bank Tower
110 N. College Ave.
Tyler, TX 75702-7226


U.S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231
```

Uzedrick Killings
14407 White Heather Dr.
Houston, TX 77045


Veronica Hernandez
906 Boundary St.
Houston, Texas 77099


Veterans Administration
701 Clay Ave.
Waco, TX 76706-1177


Walter Sparks DBA Sparks Painting & Wall
808 Fall Drive
Allen, TX 75002


Yeni Carranza
6101 Rampart
Houston, Texas 77081


Zivin Family Irrevocable Trust
4105 W. Spring Creek Pkwy.
Suite 604
Plano, Texas 75024