| Information to identify the case: | | |
|---|---|---|
| Debtor | Catapult Painting, LLC<br>Name | EIN: 46–3301332 |
| United States Bankruptcy Court | Eastern District of Texas | Date case filed for chapter: 7  6/15/23 |
| Case number: | 23–41056 | |

## Official Form 309C (For Corporations or Partnerships)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Catapult Painting, LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 4105 W. Spring Creek Parkway<br>Suite 604<br>Plano, TX 75024 | |
| 4. | **Debtor's attorney**<br>Name and address | Richard A. Pelley<br>905 N. Travis St<br>Sherman, TX 75090 | Contact phone (903) 813–4778<br><br>Email: rap@pelleylaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Linda S Payne<br>Linda S. Payne, Trustee<br>11700 Preston Road<br>Suite 660–667<br>Dallas, TX 75230 | Contact phone 214–558–7796<br><br>Email: linda@paynetrustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Suite 300B<br>660 North Central Expressway<br>Plano, TX 75074 | Hours open:<br>8:00 – 4:00<br><br>Contact phone (972)509–1240<br><br>Date: 6/15/23 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **July 14, 2023 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Telephonic Dial–In Information,**<br>**https://www.txeb.uscourts.gov/341info** |
| 8. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

NOTICE: Pursuant to L.R.B.P. 6007 the Trustee may announce at this meeting his intention to abandon specific property of the estate having a total value of not more than $1500.

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page 1

United States Bankruptcy Court
Eastern District of Texas

In re:                                              Case No. 23-41056-btr
Catapult Painting, LLC                        Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-4                                    User: admin                                Page 1 of 2
Date Rcvd: Jun 16, 2023                            Form ID: 309C                           Total Noticed: 52

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Catapult Painting, LLC, 4105 W. Spring Creek Parkway, Suite 604, Plano, TX 75024-5325 |
| 8277753 | + | Adrian Mancera, 21706 Wildcroft, Katy, TX 77449-6008 |
| 8277754 | #+ | Alma Lopez, 6111 Glenmont Dr, Apt. 70, Houston, Texas 77081-1476 |
| 8277756 | + | Anabel Campos, 3131 Hayes Road, Apt. 1405, Houston, Texas 77082-2666 |
| 8277758 | + | Bank Of America, PO Box 17237, Wilmington, DE 19850-7237 |
| 8277759 | + | Byron Sanic, 16202 Diana Ln., Apt. 315, Houston, Texas 77062-5322 |
| 8277760 | | Christopher J. Willett, 314 E. Highland Ave., Ste. 401, Austin, TX 78752 |
| 8277761 | + | Christopher J. Willett, 510 S. Congress Ave., Ste. 206, Austin, TX 78704-1738 |
| 8277762 | | Cincinnati Insurance Companies, PO Box 14529, Cincinnati, OH 45250-0529 |
| 8277763 | + | Enry Bonilla, 6425 S. Gessner Rd., Houston, TX 77036-3800 |
| 8277764 | | Equipment Share, PO Box 2214, Decatur, AL 35609-2214 |
| 8277765 | | Felimon Matias, 5366 South Cross Ranch, Lot 73, San Antonio, TX 78222 |
| 8277766 | + | Fermin Mora, 4522 Merida Ave., Fort Worth, TX 76115-2004 |
| 8277768 | + | General Wallcovering Inc., 26 Leatherwood Drive, Collegeville, PA 19426-3902 |
| 8277769 | + | Gillermo Villarreal, 3322 Big Bend Dr., Austin, TX 78731-5311 |
| 8277770 | + | Hernan Castro, 8100 Maplecrest, Apt. 3103, Houston, TX 77072-3737 |
| 8277772 | + | Isabel Pena, 4826 Aildine Mail Rt., Apt. 82, Houston, Texas 77039-3650 |
| 8277773 | + | Isodoro Pena, c/o Christopher J. Willett, 510 S. Congress Ave., Ste. 206, Austin, TX 78704-1738 |
| 8277774 | + | Ivan Magana, 7003 Bissonet, #803, Houston, TX 77074-6028 |
| 8277775 | + | Jerson Mejia Serrano, 6911 Romona Tr., #41, Houston, TX 77086-3337 |
| 8277776 | + | Joel Tovar Sagrero, 671 Road 3554, Cleveland, TX 77327-1908 |
| 8277777 | + | Juan Augustine Ortega, 17050 Imperial Valley Dr., Apt. 35, Houston, TX 77060-2847 |
| 8277778 | + | Julio Oliva, 11302 Herald Square Dr., Houston, TX 77099-1618 |
| 8277780 | + | Momentum Textile & Wallcoverings, aka Momentum Group, PO Box 848237, Los Angeles, CA 90084, 8 90084-8237 |
| 8277781 | + | Montierra, 2345 Sage Road, Houston, Tx 77056-4609 |
| 8277782 | + | Office of Attorney General, Child Support Division, 1600 Pacific, #700, Dallas, TX 75201-3602 |
| 8277783 | + | Omar Perez, 5365 South Cross Ranch, Lot 73, San Antonio, TX 78222-4100 |
| 8277784 | + | Percy Macias, c/o Christopher J. Willett, 510 S. Congress Ave., Ste. 206, Austin, TX 78704-1738 |
| 8277785 | + | Raul Oliva, 8100 Maple Crest, #3105, Houston, TX 77072-3737 |
| 8277786 | + | Roger Guevara, 2718 Meiko Dr., Houston, TX 77045-4844 |
| 8277787 | + | Rosa Delia Guttierrez Oliva, 12041 Dessau Rd, Apt. 2611, Austin, Texas 78754-1732 |
| 8277790 | + | SBA EIDL Loan - Service Center, 1545 Hawkins Blvd. Ste. # 202, El Paso, TX 79925-2654 |
| 8277789 | + | Sambecca Management Group, LLC, 4105 W Spring Creek Pkwy Ste. # 604, Plano, TX 75024, 9 75024-5325 |
| 8277788 | + | Sambecca Management Group, LLC, 4105 W. Spring Creek Pkwy., Ste. 604, Plano, TX 75024-5325 |
| 8277791 | | State Comptroller, Capitol Station, Austin, TX 78711 |
| 8277792 | + | Suab Vanessa Alvarado, 7101 Bellerive, Houston, TX 77036-3256 |
| 8277794 | + | Texas Mutual Insurance Company, 2200 Aldrich St., Austin, TX 78723-3474 |
| 8277798 | + | Uzedrick Killings, 14407 White Heather Dr., Houston, TX 77045-6330 |
| 8277799 | + | Veronica Hernandez, 906 Boundary St., Houston, Texas 77009-7821 |
| 8277801 | + | Walter Sparks DBA Sparks Painting & Wall, 808 Fall Drive, Allen, TX 75002-5058 |
| 8277802 | + | Yeni Carranza, 6101 Rampart, Houston, Texas 77081-3461 |

8277803  + Zivin Family Irrevocable Trust, 4105 W. Spring Creek Pkwy., Suite 604, Plano, Texas 75024-5325

TOTAL: 42

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: rap@pelleylaw.com | Jun 17 2023 00:09:00 | Richard A. Pelley, 905 N. Travis St, Sherman, TX 75090 |
| tr | + EDI: QLSPAYNE | Jun 17 2023 04:01:00 | Linda S Payne, Linda S. Payne, Trustee, 11700 Preston Road, Suite 660-667, Dallas, TX 75230-6112 |
| 8277757 | Email/Text: bcd@oag.texas.gov | Jun 17 2023 00:09:00 | Attorney General of Texas, Collection Div. - Bankruptcy, Box 12548, Capitol Station, Austin, TX 78711-2548 |
| 8277767 | Email/Text: TxDirectSFH@tx.usda.gov | Jun 17 2023 00:10:00 | FmHA, 101 S. Main St., Suite 102, Temple, TX 76501-7651 |
| 8277771 | EDI: IRS.COM | Jun 17 2023 04:01:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 8277793 | Email/Text: collections.pacer@twc.texas.gov | Jun 17 2023 00:10:00 | Texas Employment Commission, T.E.C. Bldg., Tax Dept., Austin, TX 78778-0001 |
| 8277795 | Email/Text: USATXE.Bankruptcy-tyler@usdoj.gov | Jun 17 2023 00:09:00 | U.S. Attorney, 700 Nations Bank Tower, 110 N. College Ave., Tyler, TX 75702-7226 |
| 8277796 | ^ MEBN | Jun 17 2023 00:06:30 | U.S. Attorney General, Department of Justice, Main Justice Building, 10th & Constitution Ave., NW, Washington, DC 20530-0001 |
| 8277797 | Email/Text: ustpregion06.ty.ecf@usdoj.gov | Jun 17 2023 00:09:00 | US Trustee, Office of the U.S. Trustee, 110 N. College Ave., Suite 300, Tyler, TX 75702-7231 |
| 8277800 | Email/Text: DMCCO.VBASPL@va.gov | Jun 17 2023 00:09:00 | Veterans Administration, 701 Clay Ave., Waco, TX 76706-1177 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 8277779 |  | Luna Painting, 1426 Markley St, UNKNOWN, mauriciobanes264@gmail.com |
| ust | *+ | US Trustee, Office of the U.S. Trustee, 110 N. College Ave., Suite 300, Tyler, TX 75702-7231 |
| 8277755 | ##+ | Amilcar Alonzo, 5402 Renwick Dr., #837, Houston, TX 77081-1534 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2023        Signature:      /s/Gustava Winters