**Fill in this information to identify the case**

Debtor name: __Catapult Painting, LLC__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF TEXAS__

Case number (if known): __23-41056__

☒ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets -- Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.  Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases.  Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible.  If more space is needed, attach a separate sheet to this form.  At the top of any pages added, write the debtor's name and case number (if known).  Also identify the form and line number to which the additional information applies.  If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category.  List each asset only once.  In valuing the debtor's interest, do not deduct the value of secured claims.  See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

   | All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
   |---|---|---|---|

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. __Checking account with Bank of America (2588)__ | __Checking account__ | __ __ __ __ | $149.00 |

4. **Other cash equivalents**   *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.                            $149.00

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

Debtor **Catapult Painting, LLC**  
Name

Case number (if known) 23-41056

**Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

9. **Total of Part 2.**  
   Add lines 7 through 8. Copy the total to line 81.                                $0.00

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☒ No. Go to Part 4.  
    ☐ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less: _____ − _____ = ............ → _____  
                          face amount           doubtful or uncollectible accounts

    11b. Over 90 days old: _____ − _____ = ............ → _____  
                          face amount           doubtful or uncollectible accounts

12. **Total of Part 3**  
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.                 $0.00

### Part 4: Investments

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.  
    ☐ Yes. Fill in the information below.

**Valuation method used for current value**     **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                 % of ownership:

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

17. **Total of Part 4**  
    Add lines 14 through 16. Copy the total to line 83.                             $0.00

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☒ No. Go to Part 6.  
    ☐ Yes. Fill in the information below.

Debtor **Catapult Painting, LLC**　　　　　Case number (if known) **23-41056**
　　　　Name

| **General description** | **Date of the last physical inventory** MM/DD/YYYY | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| **19.** Raw materials | | | | |
| **20.** Work in progress | | | | |
| **21.** Finished goods, including goods held for resale | | | | |
| **22.** Other inventory or supplies | | | | |

**23.** **Total of Part 5**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$0.00
　　　 Add lines 19 through 22.  Copy the total to line 84.

**24.** **Is any of the property listed in Part 5 perishable?**
　　　 ☐ No
　　　 ☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
　　　 ☐ No
　　　 ☐ Yes.  Book value _____　Valuation method _____　Current value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
　　　 ☐ No
　　　 ☐ Yes

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27.** **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

　　　 ☒ No.  Go to Part 7.
　　　 ☐ Yes.  Fill in the information below.

| **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| **28.** Crops--either planted or harvested | | | |
| **29.** Farm animals  *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30.** Farm machinery and equipment  (Other than titled motor vehicles) | | | |
| **31.** Farm and fishing supplies, chemicals, and feed | | | |
| **32.** Other farming and fishing-related property not already listed in Part 6 | | | |

**33.** **Total of Part 6.**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$0.00
　　　 Add lines 28 through 32.  Copy the total to line 85.

**34.** **Is the debtor a member of an agricultural cooperative?**
　　　 ☐ No
　　　 ☐ Yes.  Is any of the debtor's property stored at the cooperative?
　　　　　　☐ No
　　　　　　☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
　　　 ☐ No
　　　 ☐ Yes.  Book value _____　Valuation method _____　Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**
　　　 ☐ No
　　　 ☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
　　　 ☐ No
　　　 ☐ Yes

Debtor  **Catapult Painting, LLC**　　　　　　　　　　　　　　　Case number (if known)  **23-41056**
　　　　　Name

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42. Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**  　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$0.00
　　Add lines 39 through 42.  Copy the total to line 86.

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
☐ Yes

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

**51. Total of Part 8.**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$0.00
　　Add lines 47 through 50.  Copy the total to line 87.

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☐ Yes

| Debtor | **Catapult Painting, LLC** | Case number (if known) | 23-41056 |
|---|---|---|---|
| | Name | | |

### Part 9: Real property

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.                       $0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

### Part 10: Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** Patents, copyrights, trademarks, and trade secrets | | | |
| **61.** Internet domain names and websites | | | |
| **62.** Licenses, franchises, and royalties | | | |
| **63.** Customer lists, mailing lists, or other compilations | | | |
| **64.** Other intangibles, or intellectual property | | | |
| **65.** Goodwill | | | |

**66. Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.                       $0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☐ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☐ Yes

| Debtor | **Catapult Painting, LLC** | Case number (if known) | 23-41056 |
|---|---|---|---|
| | Name | | |

### Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

**Current value of debtor's interest**

**71. Notes receivable**

Description (include name of obligor)

**World Wide Asset Recovery, LLC owes promissory notes of $1,200.00 each to CATAPULT on condition that the money is actually collected against the following:**

**Juan Jaramillo**
**Jennifer Nava**
**J.Kiki Nava**
**Uzedrick Killings**
**Octavio Lopez**
**Joel Magana**
**Ivan Magana**
**Adrian Mancera**         $9,600.00 − $0.00 = ➔     $9,600.00
                           Total face amount   doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73. Interests in insurance policies or annuities**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

**J. Kiki Nava Painting (Hanover River Oaks Claim)**                $69,945.29

| Nature of claim | **Overpayment** |
|---|---|
| Amount requested | |

**J. Kiki Nava Painting (Hanover Blvd. Claim)**                     $13,806.30

| Nature of claim | **Overpayment** |
|---|---|
| Amount requested | |

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76. Trusts, equitable or future interests in property**

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78. Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.                 $93,351.59

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor **Catapult Painting, LLC**　　　　　　　　　　　　　　Case number (if known) **23-41056**
　　　　　Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $149.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*............................ ➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $93,351.59 | |
| 91. **Total.** Add lines 80 through 90 for each column. | 91a. $93,500.59 + 91b. $0.00 | |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92.................................................................... $93,500.59

Official Form 206A/B　　　　Schedule A/B: Assets -- Real and Personal Property　　　　page 7

**Fill in this information to identify the case:**

Debtor: **Catapult Painting, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known): **23-41056**

☑ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   - ☑ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply*.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
_____

**Date or dates debt was incurred**
_____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( ___ )

Debtor **Catapult Painting, LLC**   Case number (if known) **23-41056**

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

### 3.1 Nonpriority creditor's name and mailing address
**Adrian Mancera**
**21706 Wildcroft**

**Katy** **TX** **77449**

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
[x] Contingent
[x] Unliquidated
[x] Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
[x] No
[ ] Yes

**$9,833.00**

### 3.2 Nonpriority creditor's name and mailing address
**Alma Lopez**
**6111 Glenmont Dr**
**Apt. 70**

**Houston** **TX** **77081**

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
[x] Contingent
[x] Unliquidated
[x] Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
[x] No
[ ] Yes

**$7,371.00**

### 3.3 Nonpriority creditor's name and mailing address
**Amilcar Alonzo**
**5402 Renwick Dr., #837**

**Houston** **TX** **77081**

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
[x] Contingent
[x] Unliquidated
[x] Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
[x] No
[ ] Yes

**$6,203.00**

### 3.4 Nonpriority creditor's name and mailing address
**Anabel Campos**
**3131 Hayes Road**
**Apt. 1405**

**Houston** **TX** **77082**

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
[x] Contingent
[x] Unliquidated
[x] Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
[x] No
[ ] Yes

**$3,884.00**

| Debtor | Catapult Painting, LLC | Case number (if known) | 23-41056 |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.5** Nonpriority creditor's name and mailing address  
Bank Of America  
PO Box 17237  
Wilmington    DE    19886-7237  
Date or dates debt was incurred: 2020  
Last 4 digits of account number: 3 1 8 1  

As of the petition filing date, the claim is:  
Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim: Business Debt  

Is the claim subject to offset?  
☒ No  
☐ Yes  

$22,000.00

**3.6** Nonpriority creditor's name and mailing address  
Byron Sanic  
16202 Diana Ln.  
Apt. 315  
Houston    TX    77062  
Date or dates debt was incurred:  
Last 4 digits of account number: ___ ___ ___ ___  

As of the petition filing date, the claim is:  
Check all that apply.  
☒ Contingent  
☒ Unliquidated  
☒ Disputed  

Basis for the claim: Unsecured Debt  

Is the claim subject to offset?  
☒ No  
☐ Yes  

$3,502.00

**3.7** Nonpriority creditor's name and mailing address  
Christopher J. Willett  
510 S. Congress Ave., Ste. 206  
Austin    TX    78704  
Date or dates debt was incurred:  
Last 4 digits of account number: ___ ___ ___ ___  

As of the petition filing date, the claim is:  
Check all that apply.  
☒ Contingent  
☒ Unliquidated  
☒ Disputed  

Basis for the claim: Notice Only  

Is the claim subject to offset?  
☒ No  
☐ Yes  

$0.00

**3.8** Nonpriority creditor's name and mailing address  
Christopher J. Willett and/or  
Equal Justice Center  
314 E. Highland Ave. Ste. 401  
Austin    TX    78752  
Date or dates debt was incurred:  
Last 4 digits of account number: ___ ___ ___ ___  

As of the petition filing date, the claim is:  
Check all that apply.  
☒ Contingent  
☒ Unliquidated  
☒ Disputed  

Basis for the claim: Unsecured Debt  

Is the claim subject to offset?  
☒ No  
☐ Yes  

$115,000.00

| Debtor | Catapult Painting, LLC | Case number (if known) | 23-41056 |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.9** Nonpriority creditor's name and mailing address

Cincinnati Insurance Companies
PO Box 14529

Cincinnati     OH     45250-0529

Date or dates debt was incurred

Last 4 digits of account number  7 8 8 1

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☒ No
☐ Yes

$1,011.00

---

**3.10** Nonpriority creditor's name and mailing address

Enry Bonilla
6425 S. Gessner Rd.

Houston     TX     77036

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☒ No
☐ Yes

$14,155.50

---

**3.11** Nonpriority creditor's name and mailing address

Equipment Share
PO Box 2214

Decatur     AL     35609-2214

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☒ No
☐ Yes

$45,698.10

---

**3.12** Nonpriority creditor's name and mailing address

Felimon Matias
5366 South Cross Ranch, Lot 73

San Antonio     TX     78222

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☒ No
☐ Yes

$11,312.50

---

Official Form 206E/F     Schedule E/F: Creditors Who Have Unsecured Claims     page 4

| Debtor | Catapult Painting, LLC | Case number (if known) | 23-41056 |
|---|---|---|---|

**Part 2:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.13** Nonpriority creditor's name and mailing address  $19,759.16

Fermin Mora
4522 Merida Ave.

Fort Worth    TX    76115

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: **Business Debt**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address  $45,302.96

General Wallcovering Inc.
26 Leatherwood Drive

Collegeville    PA    19426

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address  $4,832.00

Gillermo Villarreal
3322 Big Bend Dr.

Austin    TX    78731

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: **Business Debt**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address  $8,694.50

Hernan Castro
8100 Maplecrest, Apt. 3103

Houston    TX    77072

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: **Business Debt**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | **Catapult Painting, LLC** | Case number (if known) | **23-41056** |
|---|---|---|---|

### Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.17** Nonpriority creditor's name and mailing address　　　$6,984.26

**Isabel Pena**
**4826 Aildine Mail Rt.**
**Apt. 82**

**Houston　　TX　77039**

As of the petition filing date, the claim is: *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Basis for the claim: **Unsecured Debt**

Date or dates debt was incurred

Last 4 digits of account number　__ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

**3.18** Nonpriority creditor's name and mailing address　　　$10,582.41

**Isodoro Pena**
**c/o Christopher J. Willett**
**510 S. Congress Ave., Ste. 206**

**Austin　　TX　78704**

As of the petition filing date, the claim is: *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Basis for the claim: **Business Debt**

Date or dates debt was incurred

Last 4 digits of account number　__ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

**3.19** Nonpriority creditor's name and mailing address　　　$7,754.00

**Ivan Magana**
**7003 Bissonet, #803**

**Houston　　TX　77035**

As of the petition filing date, the claim is: *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Basis for the claim: **Business Debt**

Date or dates debt was incurred

Last 4 digits of account number　__ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

**3.20** Nonpriority creditor's name and mailing address　　　$6,322.50

**Jerson Mejia Serrano**
**6911 Romona Tr., #41**

**Houston　　TX　77086**

As of the petition filing date, the claim is: *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Basis for the claim: **Business Debt**

Date or dates debt was incurred

Last 4 digits of account number　__ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor **Catapult Painting, LLC**  Case number (if known) **23-41056**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.21** Nonpriority creditor's name and mailing address  
**Joel Tovar Sagrero**  
**671 Road 3554**  

**Cleveland    TX    77327**  
Date or dates debt was incurred  
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*  
☑ Contingent  
☑ Unliquidated  
☑ Disputed  

Basis for the claim: **Business Debt**

Is the claim subject to offset?  
☑ No  
☐ Yes

**$11,136.40**

**3.22** Nonpriority creditor's name and mailing address  
**Juan Augustine Ortega**  
**17050 Imperial Valley Dr., Apt. 35**  

**Houston    TX    77060**  
Date or dates debt was incurred  
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*  
☑ Contingent  
☑ Unliquidated  
☑ Disputed  

Basis for the claim: **Business Debt**

Is the claim subject to offset?  
☑ No  
☐ Yes

**$5,016.50**

**3.23** Nonpriority creditor's name and mailing address  
**Julio Oliva**  
**11302 Herald Square Dr.**  

**Houston    TX    77035**  
Date or dates debt was incurred  
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*  
☑ Contingent  
☑ Unliquidated  
☑ Disputed  

Basis for the claim: **Business Debt**

Is the claim subject to offset?  
☑ No  
☐ Yes

**$8,424.00**

**3.24** Nonpriority creditor's name and mailing address  
**Luna Painting**  
**1426 Markley St**  
**UNKNOWN**  
**mauriciobanes264@gmail.com**  

Date or dates debt was incurred  
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*  
☑ Contingent  
☑ Unliquidated  
☑ Disputed  

Basis for the claim: **Business Debt**

Is the claim subject to offset?  
☑ No  
☐ Yes

**$9,350.00**

Debtor **Catapult Painting, LLC**     Case number (if known) **23-41056**

### Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.25** Nonpriority creditor's name and mailing address

**Momentum Textile & Wallcoverings**
**aka Momentum Group**
**PO Box 848237**
**Los Angeles, CA 90084**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number   1   9   6   5

Is the claim subject to offset?
☑ No
☐ Yes

$2,309.58

---

**3.26** Nonpriority creditor's name and mailing address

**Montierra**
**2345 Sage Road**

**Houston**    **TX**    **77056**

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number   __   2   4   2

Is the claim subject to offset?
☑ No
☐ Yes

$4,036.10

---

**3.27** Nonpriority creditor's name and mailing address

**Omar Perez**
**5365 South Cross Ranch, Lot 73**

**San Antonio**    **TX**    **78222**

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number   __   __   __   __

Is the claim subject to offset?
☑ No
☐ Yes

$7,128.00

---

**3.28** Nonpriority creditor's name and mailing address

**Percy Macias**
**c/o Christopher J. Willett**
**510 S. Congress Ave., Ste. 206**

**Austin**    **TX**    **78704**

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number   4   8   5   6

Is the claim subject to offset?
☑ No
☐ Yes

$7,486.00

---

Debtor **Catapult Painting, LLC**  Case number (if known) **23-41056**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.29** Nonpriority creditor's name and mailing address  $11,202.00

**Raul Oliva**
**8100 Maple Crest, #3105**

**Houston                TX      77072**

As of the petition filing date, the claim is: *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Basis for the claim: **Business Debt**

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.30** Nonpriority creditor's name and mailing address  $2,759.00

**Roger Guevara**
**2718 Meiko Dr.**

**Houston                TX      77045**

As of the petition filing date, the claim is: *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Basis for the claim: **Business Debt**

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.31** Nonpriority creditor's name and mailing address  $4,561.50

**Rosa Delia Guttierrez Oliva**
**12041 Dessau Rd**
**Apt. 2611**

**Austin                 TX      78754**

As of the petition filing date, the claim is: *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Basis for the claim: **Unsecured Debt**

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.32** Nonpriority creditor's name and mailing address  $237,500.00

**Sambecca Management Group, LLC**
**4105 W Spring Creek Pkwy Ste. # 604**
**Plano, TX 75024**
**972-596-4118**

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Business Debt**

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

**Contact Person: Mitchell W. Zivin**

---

Official Form 206E/F     Schedule E/F: Creditors Who Have Unsecured Claims     page 9

Debtor **Catapult Painting, LLC**　　　　　　　　　　Case number (if known) **23-41056**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.33** Nonpriority creditor's name and mailing address

**SBA EIDL Loan - Service Center**
**1545 Hawkins Blvd. Ste. # 202**

**El Paso　　　TX　79925-2652**

Date or dates debt was incurred

Last 4 digits of account number　**4　3　6　8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$150,000.00**

---

**3.34** Nonpriority creditor's name and mailing address

**Suab Vanessa Alvarado**
**7101 Bellerive**

**Houston　　　TX　77036**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$10,736.50**

---

**3.35** Nonpriority creditor's name and mailing address

**Texas Mutual Insurance Company**
**2200 Aldrich St.**

**Austin　　　TX　78723-1098**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$12,051.97**

---

**3.36** Nonpriority creditor's name and mailing address

**Uzedrick Killings**
**14407 White Heather Dr.**

**Houston　　　TX　77045**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,216.00**

---

Official Form 206E/F　　Schedule E/F: Creditors Who Have Unsecured Claims　　page 10

Debtor **Catapult Painting, LLC**    Case number (if known) **23-41056**

## Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.37**  Nonpriority creditor's name and mailing address

**Veronica Hernandez**
**906 Boundary St.**

**Houston**    **TX**    **77099**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,369.50**

---

**3.38**  Nonpriority creditor's name and mailing address

**Walter Sparks DBA Sparks Painting & Wall**
**808 Fall Drive**

**Allen**    **TX**    **75002**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,600.00**

---

**3.39**  Nonpriority creditor's name and mailing address

**Yeni Carranza**
**6101 Rampart**

**Houston**    **TX**    **77081**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$7,995.00**

---

**3.40**  Nonpriority creditor's name and mailing address

**Zivin Family Irrevocable Trust**
**4105 W. Spring Creek Pkwy.**
**Suite 604**

**Plano**    **TX**    **75024**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$174,691.00**

---

Debtor  **Catapult Painting, LLC**                                   Case number (if known) **23-41056**

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  **Add the amounts of priority and nonpriority unsecured claims.**

|     |     | Total of claim amounts |
| --- | --- | --- |
| 5a. | **Total claims from Part 1** | 5a.    $0.00 |
| 5b. | **Total claims from Part 2** | 5b. +  $1,032,770.94 |
| 5c. | **Total of Parts 1 and 2**  Lines 5a + 5b = 5c. | 5c.    $1,032,770.94 |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:   **Catapult Painting, LLC**                                    CASE NO.   **23-41056**

                                                                        CHAPTER   **7**

## Certificate of Service

I certify that a true and correct copy of the foregoing has been served by the U.S. first class mail and\or by electronic filing of the following:

Date:   **9/11/2023**                                    /s/ Richard Pelley
                                                         **Richard Pelley**
                                                         Attorney for the Debtor(s)

Catapult Painting, LLC
4105 W. Spring Creek Parkway
Suite 604
Plano, Texas 75024