| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 23-41056<br>Eastern District of Texas<br>Sherman<br>Mon Sep 11 14:42:09 CDT 2023 | Adrian Mancera<br>21706 Wildcroft<br>Katy, TX 77449-6008 | Alma Lopez<br>6111 Glenmont Dr<br>Apt. 70<br>Houston, Texas 77081-1476 |
| Amilcar Alonzo<br>5402 Renwick Dr., #837<br>Houston, TX 77081-1534 | Anabel Campos<br>3131 Hayes Road<br>Apt. 1405<br>Houston, Texas 77082-2666 | Attorney General of Texas<br>Collection Div. - Bankruptcy<br>Box 12548, Capitol Station<br>Austin, TX 78711-2548 |
| Bank Of America<br>PO Box 17237<br>Wilmington, DE 19850-7237 | Byron Sanic<br>16202 Diana Ln.<br>Apt. 315<br>Houston, Texas 77062-5322 | Catapult Painting, LLC<br>4105 W. Spring Creek Parkway<br>Suite 604<br>Plano, TX 75024-5325 |
| Christopher J. Willett<br>314 E. Highland Ave., Ste. 401<br>Austin, TX 78752 | Christopher J. Willett<br>510 S. Congress Ave., Ste. 206<br>Austin, TX 78704-1738 | Cincinnati Insurance Companies<br>PO Box 14529<br>Cincinnati, OH 45250-0529 |
| Enry Bonilla<br>6425 S. Gessner Rd.<br>Houston, TX 77036-3800 | Equipment Share<br>PO Box 2214<br>Decatur, AL 35609-2214 | Felimon Matias<br>5366 South Cross Ranch, Lot 73<br>San Antonio, TX 78222 |
| Fermin Mora<br>4522 Merida Ave.<br>Fort Worth, TX 76115-2004 | FmHA<br>101 S. Main St., Suite 102<br>Temple, TX 76501-7651 | General Wallcovering Inc.<br>26 Leatherwood Drive<br>Collegeville, PA 19426-3902 |
| Gillermo Villarreal<br>3322 Big Bend Dr.<br>Austin, TX 78731-5311 | Hernan Castro<br>8100 Maplecrest, Apt. 3103<br>Houston, TX 77072-3737 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Isabel Pena<br>4826 Aildine Mail Rt.<br>Apt. 82<br>Houston, Texas 77039-3650 | Isodoro Pena<br>c/o Christopher J. Willett<br>510 S. Congress Ave., Ste. 206<br>Austin, TX 78704-1738 | Ivan Magana<br>7003 Bissonet, #803<br>Houston, TX 77074-6028 |
| Jerson Mejia Serrano<br>6911 Romona Tr., #41<br>Houston, TX 77086-3337 | Joel Tovar Sagrero<br>671 Road 3554<br>Cleveland, TX 77327-1908 | Juan Augustine Ortega<br>17050 Imperial Valley Dr., Apt. 35<br>Houston, TX 77060-2847 |
| Julio Oliva<br>11302 Herald Square Dr.<br>Houston, TX 77099-1618 | Momentum Textile & Wallcoverings<br>aka Momentum Group<br>PO Box 848237<br>Los Angeles, CA 90084<br>8 90084-8237 | Montierra<br>2345 Sage Road<br>Houston, Tx 77056-4609 |

| | | |
|---|---|---|
| Office of Attorney General<br>Child Support Division<br>1600 Pacific, #700<br>Dallas, TX 75201-3602 | Omar Perez<br>5365 South Cross Ranch, Lot 73<br>San Antonio, TX 78222-4100 | Linda S Payne<br>Linda S. Payne, Trustee<br>11700 Preston Road<br>Suite 660-667<br>Dallas, TX 75230-6112 |
| (p)PELLEY LAW OFFICE L L P<br>905 NORTH TRAVIS STREET<br>SHERMAN TX 75090-5022 | Percy Macias<br>c/o Christopher J. Willett<br>510 S. Congress Ave., Ste. 206<br>Austin, TX 78704-1738 | Raul Oliva<br>8100 Maple Crest, #3105<br>Houston, TX 77072-3737 |
| Roger Guevara<br>2718 Meiko Dr.<br>Houston, TX 77045-4844 | Rosa Delia Guttierrez Oliva<br>12041 Dessau Rd<br>Apt. 2611<br>Austin, Texas 78754-1732 | SBA EIDL Loan - Service Center<br>1545 Hawkins Blvd. Ste. # 202<br>El Paso, TX 79925-2654 |
| Sambecca Management Group LLC<br>4105 W Spring Creek Parkway<br>Suite 604<br>Plano, TX 75024-5325 | Sambecca Management Group, LLC<br>4105 W Spring Creek Pkwy Ste. # 604<br>Plano, TX 75024<br>9 75024-5325 | State Comptroller<br>Capitol Station<br>Austin, TX 78711 |
| Suab Vanessa Alvarado<br>7101 Bellerive<br>Houston, TX 77036-3256 | Texas Employment Commission<br>T.E.C. Bldg., Tax Dept.<br>Austin, TX 78778-0001 | Texas Mutual Insurance Company<br>2200 Aldrich St.<br>Austin, TX 78723-3474 |
| U.S. Attorney<br>700 Nations Bank Tower<br>110 N. College Ave.<br>Tyler, TX 75702-7226 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 |
| Uzedrick Killings<br>14407 White Heather Dr.<br>Houston, TX 77045-6330 | Veronica Hernandez<br>906 Boundary St.<br>Houston, Texas 77009-7821 | (p)VETERANS ADMINISTRATION<br>PO BOX 11930<br>ST PAUL MN 55111-0930 |
| Walter Sparks DBA Sparks Painting & Wall<br>808 Fall Drive<br>Allen, TX 75002-5058 | Yeni Carranza<br>6101 Rampart<br>Houston, Texas 77081-3461 | Zivin Family Irrevocable Trust<br>4105 W. Spring Creek Pkwy.<br>Suite 604<br>Plano, Texas 75024-5325 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Richard A. Pelley<br>905 N. Travis St<br>Sherman, TX 75090 | Veterans Administration<br>701 Clay Ave.<br>Waco, TX 76706-1177 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Luna Painting
1426 Markley St
UNKNOWN
mauriciobanes264@gmail.com

(d)Sambecca Management Group, LLC
4105 W. Spring Creek Pkwy., Ste. 604
Plano, TX 75024-5325

(d)U.S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

(d)US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231

End of Label Matrix
Mailable recipients    53
Bypassed recipients     4
Total                  57