# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

IN RE:
Catapult Painting, LLC                          Case No. 23-41056 btr
4105 W. Spring Creek Parkway                     Chapter: 7
Suite 604
Plano , TX 75024
EIN: 46-3301332
Debtor

## NOTICE OF INTENT TO STRIKE DEFICIENT
## PROOF OF CLAIM FROM CLAIMS REGISTRY

**ON THIS DATE** the Court reviewed the claims registry in the above-referenced case. The Court finds that, on September 27, 2023, Percy Macias ("Claimant") filed a proof of claim #4,the contents of which are so deficient that it fails to fulfill the fundamental requirements for a proof of claim under 11 U.S.C. §501(a) and Fed. R. Bankr. P. 3002(a); fails to substantially comply with Official Form B410; or otherwise fails to supply sufficient information to be legitimately assigned to the claims registry of a particular case. In that regard, the putative proof of claim is deficient in the following respects:

☑ failure to file on a Proof of Claim Form(B410)

Accordingly, because such failure(s) reflect a failure to abide by the applicable provisions of the Bankruptcy Code and Bankruptcy Rules and preclude the prompt administration of this case, the Court finds that just cause exists for entry of the following order.

**IT IS THEREFORE ORDERED** that Percy Macias , the above-referenced claimant, shall file with the Court an amended proof of claim in substantial compliance with Fed. R. Bankr. P. 3001(a) and Official Form B410 or a withdrawal of claim within fourteen (14) days of the entry of this Order.

**IT IS FURTHER ORDERED** that, in the event that the Claimant fails to comply with the terms of this Order, absent a further order of the Court extending such deadline for cause shown, the above-referenced proof of claim shall be declared **NULL** and **VOID** and **STRICKEN** from the claims registry without further notice or hearing.

Signed on 09/28/2023

_Brenda T. Rhoades_          SD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE