Form ntchrgBKv2

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Texas

Bankruptcy Case No.: 23−41056
Chapter: 7
Judge: Brenda T. Rhoades

In Re:

Catapult Painting, LLC

## NOTICE OF COURT PROCEEDING BY TELEPHONIC HEARING

A telephonic hearing will be held on

*Wednesday, May 29, 2024*

at

*10:30 AM*

to consider and act upon document 121 − Objection Filed by Mitchell W. Zivin (creditor) (RE: related document(s) Meeting of Creditors Held and Concluded on 07/14/2023. Ch. 7 Trustee's Report of No Distribution: I, Linda S Payne, having been appointed trustee of the estate of the above−named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above−named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 9 months. Assets Abandoned (without deducting any secured claims): $ 77949.00, Assets Exempt: Not Available, Claims Scheduled: $ 912374.89, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $ 912374.89. Filed by Linda S Payne filed by Trustee Linda S Payne). (pr) filed as document number 121 .

Conference Telephone Number: 972−601−0797
Conference Access Code: 586 042 766#

Please review the instructions contained in the following link for all telephonic hearings before Judge Rhoades: http://www.txeb.uscourts.gov/content/judgerhoades. The information can be found by accessing the Courts webpage at www.txeb.uscourts.gov and choosing Judges Info, then choosing Judge Rhoades, and then choosing Telephonic Hearing tab. Parties may request a video or live hearing by filing a timely request explaining the need for such hearing. The Conference ID is subject to change. If you experience any technical difficulties contact CRD_Plano@txeb.uscourts.gov or 972−633−4726 and view our website for updated hearing information at: https://www.txeb.uscourts.gov/judge−rhoades−docket

Dated: Friday, May 3, 2024

Jason K. McDonald
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

Eastern District of Texas

In re:  Case No. 23-41056-btr
Catapult Painting, LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-4      User: admin      Page 1 of 1
Date Rcvd: May 03, 2024      Form ID: 100v2      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Catapult Painting, LLC, 4105 W. Spring Creek Parkway, Suite 604, Plano, TX 75024-5325 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bill F. Payne | on behalf of Trustee Linda S Payne bill@wpaynelaw.com TX21@ecfcbis.com;lgarner@paynetrustee.com;bpayne2@ecf.epiqsystems.com;bterry@wpaynelaw.com |
| Linda S Payne | on behalf of Trustee Linda S Payne linda@paynetrustee.com TX21@ecfcbis.com;lpayne2@ecf.axosfs.com;brandy@paynetrustee.com;lsp@trustesolutions.net |
| Linda S Payne | linda@paynetrustee.com TX21@ecfcbis.com;lpayne2@ecf.axosfs.com;brandy@paynetrustee.com;lsp@trustesolutions.net |
| Richard A. Pelley | on behalf of Debtor Catapult Painting  LLC rap@pelleylaw.com, pacernotices@pelleylaw.com |
| US Trustee | USTPRegion06.TY.ECF@USDOJ.GOV |

TOTAL: 5